# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT WEISS, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 18-CV-01007-MN |
| v. | ) ) ) | |
| TWENTY-FIRST CENTURY FOX, INC., RUPERT MURDOCH, LACHLAN K. MURDOCH, CHASE CAREY, SIR RODERICK I. EDDINGTON AO, DELPHINE ARNAULT, JAMES W. BREYER, DAVID DEVOE, VIET DINH, JAMES MURDOCH, JACQUES NASSER, ROBERT SILBERMAN and TIDJANE THIAM, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Robert Weiss ("Plaintiff") voluntarily dismisses his individual claims in the above-captioned action (the "Action") with prejudice, and without prejudice as to the claims of the putative class.  Because this notice of dismissal is being filed before service by the defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: October 16, 2018

**O'KELLY ERNST & JOYCE, LLC**

By: _/s/ Ryan M. Ernst_
Ryan M. Ernst (#4788)
901 N. Market St., Suite 1000
Wilmington, DE 19801
Tel.: (302) 778-4000
Email: rernst@oelegal.com

**WEISSLAW LLP**
Richard A. Acocelli
Michael A. Rogovin
Kelly C. Keenan
1500 Broadway, 16th Floor
New York, New York 10036
Tel: (212) 682-3025
Fax: (212) 682-3010

*Attorneys for Plaintiff*